UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>DIRECT T.V.</u>
        Plaintiff(s)                        CIVIL ACTION
                                                     NO. <u>03-12325-MLW</u>
        V.

<u>DAVID ANNAND</u>
        Defendant(s)

<u>NOTICE OF DEFAULT</u>

Upon application of the Plaintiff(s) , <u>DIRECT T.V.,</u> for an order of Default for failure of the Defendant(s), <u>DAVID ANNAND,</u> to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>15TH</u> day of <u>APRIL</u>, 20<u>04</u>.

                                                     TONY ANASTAS, CLERK

                                        By:    <u>/s/ Dennis O'Leary</u>
                                                       Deputy Clerk

Notice mailed to:

(default.not - 10/96)                                                                                              [ntcdflt.]