```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

DIRECTV, INC.,                )
    Plaintiff,             )
                                  )
    v.                     )        C.A. No. 03-12325-MLW
                                  )
DAVID ANNARD,                 )
    Defendant.             )

## ORDER

WOLF, D.J.                                              June 30, 2005

    As Plaintiff DIRECTV, Inc. has filed an Amended Complaint and a Motion for Entry of Default concerning it, it is hereby ORDERED that:

    1.   The Default entered against defendant Jay Desimone on April 28, 2004 (Docket No. 6) is VACATED.

    2.   The Motion for Default Judgment relating to that default (Docket No. 8) is MOOT.

    3.   Plaintiff's January 25, 2005 Motion for Entry of Default (Docket No. 13) is ALLOWED.

    4.   In moving for a default judgment, plaintiff shall address the issues described in the attached June 30, 2005 Memorandum and Order in DIRECTV v. Craig Patrick, 03-12292-MLW.

                                                    /s/ Mark L. Wolf
                                       UNITED STATES DISTRICT COURT