UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECT T.V.
        Plaintiff(s)　　　　　　　　　　　CIVIL ACTION
　　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 03-12325-MLW
      V.

DAVID ANNARD
        Defendant(s)

## NOTICE OF DEFAULT

Upon application of the Plaintiff(s) , DIRECT T.V. for an order of Default for failure of the Defendant(s), DAVID ANNARD, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 30TH day of JUNE, 2005.

                                                     SARAH A. THORNTON, CLERK

                                          By:   /s/ Dennis O'Leary
                                                     Deputy Clerk

Notice mailed to:

(default.not - 10/96)                                                                    [ntcdflt.]